IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR559 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA E. LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| BHUPINDER SAWHNY, | ) | JUDGMENT SATISFACTION |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Suzana K. Koch, Assistant United States Attorney, and hereby acknowledges the criminal monetary judgment in this case, for this Defendant, is satisfied.

                                                Respectfully submitted,

                                                MICHELLE M. BAEPPLER
                                                First Assistant United States Attorney

By:   /s/ Suzana K. Koch
        Suzana K. Koch (OH: 0073743)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3600
        (216) 522-4542 (facsimile)
        Suzana.Koch@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, April 21, 2023, a copy of the Judgment Satisfaction was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        First Assistant United States Attorney

By:   /s/ Suzana K. Koch
       Suzana K. Koch (OH: 0073743)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3600
       (216) 522-4542 (facsimile)
       Suzana.Koch@usdoj.gov